AO 451 (Rev. 01/09, MD 6/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Carrie J. Nicholes | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. WDQ-10-cv-... |
| Advanced Credit Management, Inc. | ) | |
| *Defendant* | ) | |

FILED
U.S. DISTRICT COURT

2010 NOV -2 P 4: 06

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* August 19, 2010

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   October 26, 2010

CLERK OF COURT

*Kay Owens*

Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| CARRIE J. NICHOLES, | * |
| Plaintiff, | * |
| v. | * CIVIL NO.: WDQ-10-1270 |
| ADVANCED CREDIT MANAGEMENT, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon review of Magistrate Judge Beth P. Gesner's July 27, 2010 Report and Recommendation, to which no objections have been filed, it is, this 18th day of August 2010, ORDERED that:

1. Judge Gesner's Report and Recommendation (Paper No. 8) BE, and HEREBY IS, ADOPTED AS AN ORDER OF THE COURT;

2. Nicholes motion for default judgment (Paper No. 6) BE, and HEREBY IS, GRANTED;

3. JUDGMENT BE ENTERED for Nicholes in the following amounts:

    a. $1,000 in damages;

    b. $3,150 in attorney's fees; and

    c. $442.00 in costs; and

Case 2:10-mc-01045 Document 1-1 Filed 10/22/10 Page 3 of 3
Case 1:10-cv-01270-WDQ Document 9 Filed 08/18/10 Page 2 of 2

4. The Clerk of the Court shall send copies of this Order to the parties and close the case.

```
                    /s/
        _____
        William D. Quarles, Jr.
        United States District Judge
```

I hereby attest and certify on 10/26/2010
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy